Katie N. BORDELON, Provisional Curatrix,
for and on Behalf of Joseph C.
(J. C.) Bordelon

v.

CONTINENTAL CASUALTY COMPANY
et al.

No. 50377.

Feb. 27, 1970.

In re: Katie N. Bordelon, Provisional Curatrix, for and on behalf of Joseph C. (J. C.) Bordelon, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 229 So.2d 761.

Writ refused. Under the facts found by the Court of Appeal the result is correct.

231 So.2d 396

William R. BERRY

v.

GULF COAST CONSTRUCTION COMPA-
NY and Westchester Fire In-
surance Company.

No. 50381.

Feb. 27, 1970.

In re: Gulf Coast Construction Company and Westchester Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 368.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.